**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


CHERYL MEYMEIYER,

           Plaintiff,

v.                                                    CIVIL CASE NO. 05-71293
                                                      HON. MARIANNE O. BATTANI


COMMISSIONER OF SOCIAL
SECURITY,
                    Defendant.

_____/

**OPINION AND ORDER**
**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

March 31, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and

Defendant's Motion for Summary Judgment is **GRANTED.  IT IS FURTHER ORDERED**

that Plaintiff's Motion for Summary Judgment is **DENIED.**


                              s/Marianne O. Battani
                              MARIANNE O. BATTANI
                              UNITED STATES DISTRICT JUDGE


DATED: May 11, 2006

**CERTIFICATE OF SERVICE**

A Copy of this Order was served upon  Counsel of Record on this date by ordinary mail

and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK
